IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Amber Lucas**<br><br>    Plaintiff,<br><br>  -vs.-<br><br>**Boss Excavating & Grading, Inc.,**<br><br>    Defendants. | Case No. 2:17-cv-373 (EAS)(KAJ)<br><br>Judge Sargus<br><br>Magistrate Judge Jolson |

### STIPULATED DISMISSAL WITH PREJUDICE

This case and all claims of Amber Lucas are hereby dismissed pursuant to Civ.R. 41(a)(1)(A)(ii), with prejudice.

Respectfully Submitted,

| | |
|---|---|
| */s/ Daniel I. Bryant*<br>Daniel I. Bryant (0090859)<br>**BRYANT LEGAL, LLC**<br>1457 S. High St.<br>Columbus, OH 43207<br>Phone: (614) 704-0546<br>Fax: (614) 573-9826<br>Email: dbryant@bryantlegalllc.com<br><br>*/s/ Matthew J. P. Coffman*<br>Matthew J.P. Coffman (0085586)<br>**COFFMAN LEGAL, LLC**<br>1457 S. High St.<br>Columbus, OH 43207<br>Phone: (614) 949-1181<br>Fax: (614) 386-9964<br>Email: mcoffman@mcoffmanlegal.com<br><br>*Attorneys for Plaintiff* | */s/ Brendan P. Feheley*<br>Brendan P. Feheley (0079107)<br>Kegler, Brown Hill + Ritter Co., LPA<br>65 E. State St., Ste. 1800<br>Columbus, OH 43215<br>Phone: (614) 462-5482<br>Fax: (614) 464-2634<br>Email: bfeheley@keglerbrown.com<br><br>*Attorney for Defendant* |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record were served with this Notice of Dismissal with Prejudice via the Court's Electronic Filing System.

> */s/ Matthew J. P. Coffman*
> Matthew J.P. Coffman